AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fulton,, Thomas H. | U.S. Bankruptcy Court | 08/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
601 West Broadway, Suite 528
Louisville, KY 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. Variable Annuity | | | | | | | | | |
| 3. First Eagle Global CL A | A | Dividend | J | T | | | | | |
| 4. Hilliard Lyons Trust Account | | | | | | | | | |
| 5. Abott Laboratories | A | Dividend | | | Sold | 04/06/16 | J | | |
| 6. Abbvie Inc | A | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway | | None | K | T | | | | | |
| 8. Cisco | A | Dividend | J | T | | | | | |
| 9. Disney Walt | A | Dividend | K | T | | | | | |
| 10. Exxon Mobile | A | Dividend | K | T | | | | | |
| 11. Pepsico | A | Dividend | K | T | | | | | |
| 12. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 13. Walgreens Co. | A | Dividend | K | T | | | | | |
| 14. Goldmans Sach Financial Square Federal Fund | A | Int./Div. | J | T | | | | | |
| 15. Johnson & Johnson Co. | A | Dividend | K | T | | | | | |
| 16. TJX Companies | A | Dividend | K | T | | | | | |
| 17. Harley Davidson Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Miscrosoft Corp | A | Dividend | K | T | | | | | |
| 19. Home Depot | A | Dividend | K | T | | | | | |
| 20. Chevron Corp | A | Dividend | K | T | | | | | |
| 21. CVS Caremark Corp | A | Dividend | K | T | | | | | |
| 22. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 23. Ishare TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 24. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 25. VanGuard FTSE Emering Mrkt ETF | A | Dividend | J | T | | | | | |
| 26. Southern Co. | A | Dividend | J | T | | | | | |
| 27. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 28. Expediors Intl | A | Dividend | J | T | | | | | |
| 29. International Business Machs Corp | A | Dividend | J | T | | | | | |
| 30. Artisan International | A | Dividend | K | T | | | | | |
| 31. Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 32. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 33. Apple, Inc. | A | Dividend | J | T | | | | | |
| 34. Fastenal Co Com | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northern Tr Corp Com | A | Dividend | J | T | | | | | |
| 36. Wells Fargo & Co. New Com | A | Dividend | K | T | Buy | 04/06/16 | J | | |
| 37. HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 38. Hilliard Lyons Govt. Fund | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 39. Bar Harbor Bankshares | A | Dividend | J | T | | | | | |
| 40. Connecticut WTR Svc, Inc | A | Dividend | J | T | | | | | |
| 41. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 42. Walt Disney Stock | A | Dividend | L | T | | | | | |
| 43. Home Depot Stock | A | Dividend | K | T | | | | | |
| 44. International Paper | A | Dividend | K | T | | | | | |
| 45. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 46. Microsoft | A | Dividend | K | T | | | | | |
| 47. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 48. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 49. Staples, Inc. | A | Dividend | J | T | | | | | |
| 50. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 51. Corning, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Cap Group | A | Dividend | J | T | | | | | |
| 53. Motorcar parts of America | A | Dividend | K | T | | | | | |
| 54. Summer Infant | A | Dividend | J | T | | | | | |
| 55. O Reily Automotive, Inc. | A | Dividend | J | T | | | | | |
| 56. Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 57. Core Molding Tech Inc | A | Dividend | J | T | | | | | |
| 58. Hallyard Health Inc | A | Dividend | J | T | | | | | |
| 59. Supreme Inustries Inc. | A | Dividend | J | T | | | | | |
| 60. Veritiv Corp | A | Dividend | J | T | | | | | |
| 61. Hennessy Advisors Inc | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 62. Napco Security | A | Distribution | J | T | Buy | 10/27/16 | J | | |
| 63. HILLIARD LYONS BROKERAGE ACCT #2 | | | | | | | | | |
| 64. Walmart | A | Dividend | J | T | | | | | |
| 65. American Legacy III Variable Annuity | A | Dividend | L | T | | | | | |
| 66. Hilliard Lyons Govt Fund | A | Dividend | J | T | | | | | |
| 67. Dow Chemical | A | Dividend | J | T | | | | | |
| 68. QualComm, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oracle Corp | A | Dividend | K | T | | | | | |
| 70. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 71. Janus Cap Group | A | Dividend | J | T | | | | | |
| 72. Landuer Inc. | A | Dividend | J | T | | | | | |
| 73. Motorcar Parts of America | A | Dividend | K | T | | | | | |
| 74. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 75. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 76. Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 77. Hingham Institue for Svg | A | Dividend | J | T | | | | | |
| 78. Core Molding Tech, Inc | A | Dividend | J | T | | | | | |
| 79. Supreme Industries, Inc. | A | Dividend | J | T | Sold (part) | 10/03/16 | J | | |
| 80. Hennessy Advisors inc | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 81. Napco Security | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 82. Hilliard Lyons Retirement Acct. | | | | | | | | | |
| 83. Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 84. Wells Fargo (formerly Wachovia Securities) Brokerage Acct #1 | | | | | | | | | |
| 85. Powershares Water Resources | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wachovia Bank Deposit Sweep Option | A | Dividend | J | T | | | | | |
| 87. Advisors Asset MGR-Emerging Mkts | A | Dividend | K | T | | | | | |
| 88. Sanofi ADR | A | Dividend | J | T | | | | | |
| 89. First Trust Dow Target 15 term | C | Dividend | M | T | | | | | |
| 90. Guggenheim Dow Jones Value Div | A | Dividend | K | T | Sold (part) | 05/02/16 | J | | |
| 91. Caterpillar, Inc. | | None | | | Buy | 01/29/16 | J | | |
| 92. | | | | | Sold | 04/06/16 | J | | |
| 93. International Paper | | None | | | Buy | 01/29/16 | J | | |
| 94. | | | | | Sold | 05/09/16 | J | | |
| 95. WELLS FARGO (FORMELRY WACHOVIA SECURITES) ACCT #3 | | | | | | | | | |
| 96. Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 97. Monmouth Real Estate Reit | A | Dividend | K | T | | | | | |
| 98. UMH Properties, Inc. | A | Dividend | K | T | Sold (part) | 10/14/16 | J | A | |
| 99. Alpine Global Dynamic | A | Dividend | J | T | | | | | |
| 100. Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 101. Merk & Co. Inc. | A | Dividend | K | T | | | | | |
| 102. Exxon Mobile | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BP Plc Spons ADR | A | Dividend | J | T | Sold (part) | 10/14/16 | J | B | |
| 104. HESS Corporation | | None | | | Sold | 10/14/16 | J | A | |
| 105. First Trust Dow Target DVD 3q 15 | | None | | | Redeemed | 10/13/16 | K | B | |
| 106. International Paper Co. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 107. | | | | | Sold | 05/09/16 | J | | |
| 108. First Trust Dow Target | A | Interest | K | T | Buy | 10/10/16 | K | | |
| 109. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #4 | | | | | | | | | |
| 110. Gilat Satellite Networks | A | Dividend | J | T | | | | | |
| 111. Headwaters, Inc. | A | Dividend | J | T | | | | | |
| 112. Merk & Co. Inc. | | None | | | Sold | 11/07/16 | K | D | |
| 113. Pfizer Incorporated | B | Dividend | K | T | | | | | |
| 114. Tetra Tech, Inc. | A | Dividend | K | T | | | | | |
| 115. Verizon Communications | B | Dividend | K | T | | | | | |
| 116. Tekla Healthcare Investors | A | Dividend | J | T | | | | | |
| 117. Tekla Life Sciences | B | Dividend | J | T | | | | | |
| 118. IRA Bank Deposit Sweep | A | Interest | L | T | Buy (add'l) | 10/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 120. Chevron | A | Dividend | K | T | Sold (part) | 10/14/16 | J | C | |
| 121. | | | | | Buy | 11/07/16 | J | | |
| 122. Apple, Inc. | A | Dividend | K | T | | | | | |
| 123. Proctor & Gamble Co. | | None | | | Sold | 11/07/16 | K | D | |
| 124. John Hancock Regional | | None | | | Buy (add'l) | 04/13/16 | K | | |
| 125. | | | | | Sold | 10/14/16 | K | C | |
| 126. First Trust Financials Select Port | A | Int./Div. | K | T | | | | | |
| 127. Catepillar, Inc | A | Dividend | K | T | Sold (part) | 10/14/16 | K | C | |
| 128. Coca-Cola Company | A | Dividend | K | T | Sold (part) | 10/14/16 | K | D | |
| 129. Exxon Mobile Corp | A | Dividend | K | T | Sold (part) | 10/14/16 | J | C | |
| 130. International Business Machine Corp | A | Dividend | K | T | | | | | |
| 131. Wal-Mart Stores Inc. | | None | | | Sold | 10/14/16 | L | D | |
| 132. First Trust Dow Target Dvd 3q 15 | | None | | | Redeemed | 10/13/16 | L | D | |
| 133. International Paper Co. | | None | | | Buy | 01/25/16 | K | | |
| 134. | | | | | Sold | 03/22/16 | K | D | |
| 135. Mcdonald's | B | Dividend | K | T | Buy | 07/27/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. First Trust Dow Target DVD 4q | C | Interest | L | T | Buy | 10/10/16 | L | | |
| 137. John Hancock Money Market | A | Interest | K | T | Buy | 10/14/16 | K | | |
| 138. Cisco Systems, Inc. | A | Dividend | J | T | Buy | 11/07/16 | J | | |
| 139. General Electric Co. | B | Dividend | K | T | Buy | 11/07/16 | K | | |
| 140. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #5 | | | | | | | | | |
| 141. Bank Deposit Sweep | A | Dividend | L | T | | | | | |
| 142. Monmouth Real Estate | B | Dividend | K | T | | | | | |
| 143. Transocean, LTD | A | Dividend | J | T | Sold (part) | 12/30/16 | J | A | |
| 144. UMH Properties, Inc. | A | Dividend | K | T | | | | | |
| 145. WPX Energy, Inc. | A | Dividend | J | T | | | | | |
| 146. General Electric | A | Dividend | K | T | | | | | |
| 147. Vodafone Group | A | Dividend | J | T | | | | | |
| 148. Verizon Communications | A | Dividend | J | T | | | | | |
| 149. First Trust Dvrsfd EQ strgc | | None | | | Redeemed | 01/21/16 | L | C | |
| 150. First Trust Energy Select Portfolio | | None | | | Redeemed | 09/01/16 | K | B | |
| 151. First Trust Interest Rate Hedge Port | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. First Trust Homebuilders Recovery Ser 12 cash | A | Dividend | L | T | | | | | |
| 153. Guggenheim Value Dividend Focus Portfolio Ser 12 | | None | | | Redeemed | 12/14/16 | K | B | |
| 154. First Trust Cpital Strength Series 31 Rein | B | Dividend | L | T | | | | | |
| 155. First Trust Dow Target 10 Nov 15 | | None | | | Redeemed | 12/14/16 | K | B | |
| 156. First Trust DiversityEquity Strat | B | Dividend | M | T | Buy | 01/21/16 | L | | |
| 157. Caterpillar, Inc | | None | | | Buy | 01/27/16 | K | | |
| 158. | | | | | Sold | 03/22/16 | K | C | |
| 159. International Paper Co. | | None | | | Buy | 01/27/16 | K | | |
| 160. | | | | | Sold | 05/09/16 | K | B | |
| 161. First Trust Energy Select Portfolio | A | Dividend | K | T | Buy | 08/30/16 | K | | |
| 162. First Trust Dow Target 10 Dec 16 | B | Dividend | K | T | Buy | 12/12/16 | K | | |
| 163. Guggenheim | B | Dividend | K | T | Buy | 12/12/16 | K | | |
| 164. PRO CASH PLUS #1 | | | | | | | | | |
| 165. Federated Capital Reserves | A | Dividend | J | T | | | | | |
| 166. Target Corp | B | Dividend | K | T | | | | | |
| 167. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 168. Vanguard Whitehall FDS High Dividend | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. Wisdom Tree TR Div. Ex. Financials | B | Dividend | K | T | | | | | |
| 170. Altria Group Inc Com | B | Dividend | K | T | | | | | |
| 171. AT&T Inc. | A | Dividend | K | T | | | | | |
| 172. Firstenergy Corp | A | Dividend | J | T | | | | | |
| 173. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 174. Verizon Communications | B | Dividend | K | T | | | | | |
| 175. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |
| 176. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 177. American Short Term Tax-Exempt Bond Fund | A | Dividend | L | T | | | | | |
| 178. PNC Finl Svcs Group Inc Ser Q Non Cum | A | Dividend | J | T | | | | | |
| 179. Exelon Corp Com | A | Dividend | K | T | Buy | 02/09/16 | K | | |
| 180. First TR Low Duration Opportunities ETF | A | Dividend | J | T | Buy | 10/11/16 | J | | |
| 181. PRO CASH #2 | | | | | | | | | |
| 182. Ventas, Inc. | B | Dividend | K | T | | | | | |
| 183. Comcast Corp | A | Dividend | K | T | | | | | |
| 184. Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 185. General Electric Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. Seadrill limted Shs. | | None | J | T | | | | | |
| 187. 3d Sys Corp | | None | J | T | | | | | |
| 188. Westport Innovations, Inc. | | None | J | T | | | | | |
| 189. American Short Term Tax Exempt Bond Fund | A | Dividend | | | Sold | 04/12/16 | L | | |
| 190. Ishares TR MSCI EAFE | A | Dividend | | | Sold | 01/12/16 | J | | |
| 191. Pershing Govt. Acct | A | Interest | J | T | | | | | |
| 192. The Income Fund of America Class A | C | Dividend | | | Sold | 08/04/16 | L | | |
| 193. Fireye Inc Com | A | Dividend | J | T | | | | | |
| 194. Care Cap PPTYS Inc Com | A | Dividend | | | Sold | 06/22/16 | J | | |
| 195. US Government Securities Fund Class A | C | Interest | M | T | Buy | 04/12/16 | L | | |
| 196. | | | | | Sold (part) | 08/04/16 | L | | |
| 197. FT Unit 5590SR LN & LTD | B | Dividend | K | T | | | | | |
| 198. Dineequity Inc. | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fulton,, Thomas H. | 08/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas H. Fulton,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544